UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON,<br><br>  Plaintiff,<br><br>  v.<br><br>CLARK COUNTY DETENTION CENTER,<br><br>  Defendant. | Case No.  2:21-cv-01339-RFB-EJY<br><br>**ORDER** |

According to the Clark County Detention Center ("CCDC") inmate database, Plaintiff is no longer incarcerated, and Plaintiff has not filed an updated address with this Court.  Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the Court written notification of any change of mailing address, email address, telephone number, or facsimile number.  The notification must include proof of service on each opposing party or the party's attorney.  Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  LR IA 3-1.

Further, as stated in the Court's prior Order, Plaintiff has neither paid the $402 filing fee for this matter, nor has he filed an application to proceed *in forma pauperis* in this matter.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Clerk of the Court by **September 14, 2021**.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that by **September 14, 2021**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that **failure to timely comply with this Order may be subject to dismissal without prejudice**.

Dated this 23rd day of July, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE