UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY DETENTION CENTER,<br><br>    Defendant. | Case No. 2:21-cv-01339-CDS-EJY<br><br>Order Adopting Report and Recommendation |

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Elayna J. Youchah entered on September 22, 2021. ECF No. 8.

The R&R recommends that plaintiff's action be dismissed without prejudice for plaintiff's failure to file the appropriate filing fee as directed by the Court on July 15, 2021. *See* ECF No. 3 (order directing the plaintiff to either pay the appropriate filing fee for a civil action or submit a completed application to proceed *in forma pauperis*). That same order warned the plaintiff that failure to comply with the order would result in the dismissal of the case. *Id.* at 2-3. The plaintiff was also ordered to update his address with the Clerk of Court pursuant to Local Rule IA 3-1 or the action may be dismissed. *See* ECF No. 5. The plaintiff has failed to comply with the instructions of the magistrate judge and failed to request more time to comply with the instructions. The deadline for any party to object to that recommendation was October 6, 2021, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of

a magistrate judge's report and recommendation unless objections are filed."[1] Accordingly, I adopt the R&R and dismiss this action.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 8) is ADOPTED in its entirety.

IT IS FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATED this 23rd day of May, 2022.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

2